ACCEPTED
05-15-01020-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
8/25/2015 2:18:34 PM
LISA MATZ
CLERK

Appellate Docket Number: **05-15-01020-CR**

Appellate Case Style: Style: Miguel Enrique Hernandez

Vs. State of Texas

Companion Case:

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
8/25/2015 2:18:34 PM
LISA MATZ
Clerk

Amended/corrected statement: ☐

## DOCKETING STATEMENT (Criminal)

Appellate Court: 5th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| **I. Appellant** | **II. Appellant Attorney(s)** |
|---|---|
| First Name: Miguel | ☒ Lead Attorney |
| Middle Name: Enrique | First Name: Riann |
| Last Name: Hernandez | Middle Name: Christine |
| Suffix: | Last Name: Moore |
| Appellant Incarcerated? ☒ Yes ☐ No | Suffix: |
| Amount of Bond: | ☐ Appointed ☐ Retained ☐ District Attorney ☒ Public Defender |
| Pro Se: ○ | Firm Name: Dallas County Public Defender's Office |
| | Address 1: 133 North Riverfront Boulevard, Lock Box 2 |
| | Address 2: |
| | City: Dallas |
| | State: Texas     Zip+4: 75207 |
| | Telephone: (214) 875-2361     ext. |
| | Fax: (214) 875-2363 |
| | Email: riann.moore@dallascounty.org |
| | SBN: 24050279 |
| | Add Another Appellant/ Attorney |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|

**III. Appellee**

First Name: State of Texas

Middle Name:

Last Name:

Suffix:

Appellee Incarcerated?  ☐ Yes  ☒ No

Amount of Bond:

Pro Se: ○

**IV. Appellee Attorney(s)**

☒ Lead Attorney

First Name: Susan

Middle Name:

Last Name: Hawk

Suffix:

☐ Appointed ☐ Retained ☒ District Attorney ☐ Public Defender

Firm Name: Dallas County District Attorney's Office

Address 1:

Address 2: 133 North Riverfront Boulevard, Lock Box 19

City: Dallas

State: Texas          Zip+4: 75207

Telephone: (214) 653-3625     ext.

Fax: (214) 653-3643

Email: DCDAAppeals@dallascounty.org

SBN: 00794284

Add Another Appellee/ Attorney

## V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case): Assaultive

Type of Judgment: Jury Trial

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: August 13, 2015

Offense charged: Aggravated Assault

Date of offense: September 27, 2014

Defendant's plea: Not Guilty

If guilty, does defendant have the trial court's certificate to appeal?

☐ Yes  ☐ No

Was the trial by:  ☒ jury or ☐ non-jury?

Date notice of appeal filed in trial court: August 13, 2015

If mailed to the trial court clerk, also give the date mailed :

Punishment assessed: 15 Years TDCJ-ID

Is the appeal from a pre-trial order?  ☐ Yes  ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes  ☒ No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial:  ☒ Yes  ☐ No   If yes, date filed: August 13, 2015

Motion in Arrest of Judgment: ☐ Yes ☒ No   If yes, date filed:

Other:  ☐ Yes  ☒ No          If yes, date filed:

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed:  ☒ Yes ☐ No  ☐ NA    If yes, date filed: August 13, 2015

Date of hearing:          ☒ NA

Date of order: August 13, 2015    ☐ NA

Ruling on motion: ☒ Granted ☐ Denied  ☐ NA   If granted or denied, date of ruling: August 13, 2015

## VIII. Trial Court And Record

Court: 283rd Judicial District Court

County: Dallas

Trial Court Docket Number (Cause no): F14-76506-T

Trial Court Judge (who tried or disposed of the case):

First Name: Rick

Middle Name:

Last Name: Magnis

Suffix:

Address 1: 133 N. Riverfront Blvd., LB 33

Address 2:

City: Dallas

State: Texas    Zip + 4: 75207

Telephone: 214-653-5862    ext.

Fax:

Email: Richard.Magnis@dallascounty.org

Clerk's Record:

Trial Court Clerk: ☒ District  ☐ County

Was clerk's record requested? ☒ Yes ☐ No

If yes, date requested: Aug 25, 2015

If no, date it will be requested:

Were payment arrangements made with clerk? ☐ Yes ☒ No

---

Reporter's or Recorder's Record:

Is there a reporter's record? ☒ Yes ☐ No

Was reporter's record requested? ☒ Yes ☐ No

Was the reporter's record electronically recorded? ☒ Yes ☐ No

If yes, date requested: Aug 25, 2015

Were payment arrangements made with the court reporter/court recorder? ☐ Yes ☒ No

---

☒ Court Reporter          ☐ Court Recorder
☒ Official                ☐ Substitute

First Name: Mary

Middle Name:

Last Name: Snider

Suffix:

Address 1: 133 N. Riverfront Blvd., LB 33

Address 2:

City: Dallas

State: Texas    Zip + 4: 75207

Telephone: 214-653-5863    ext.

Fax:

Email: msnotto@aol.com

## 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: ⬚⬚⬚⬚⬚⬚⬚⬚            Court: ⬚⬚⬚⬚⬚⬚⬚⬚

Style: ⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚

      Vs.     State of Texas

## X. Signature

_____

Signature of counsel (or Pro Se Party)            Date: August 25, 2015

_____            State Bar No: 24050279

Printed Name:

Electronic Signature: Riann Christine Moore        Name: Riann Christine Moore

      (Optional)

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on August 25, 2015 .

_____

Signature of counsel (or pro se party)       Electronic Signature: Riann Christine Moore

                                              (Optional)

                                     State Bar No.: 24050279

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

           (1) the date and manner of service;
           (2) the name and address of each person served, and
           (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: August 25, 2015

Manner Served: eServe

First Name: Susan

Middle Name:

Last Name: Hawk

Suffix:

Law Firm Name: Dallas County District Attorney's Office

Address 1: 133 North Riverfront Boulevard, Lock Box 19

Address 2:

City: Dallas

State Texas       Zip+4: 75207

Email: DCDAAppeals@dallascounty.org

Judgment / sentence date

Motion for new trial filed     No ☐   Yes ☐   Date _____

*Camilla Ca*

Deputy District Clerk

THE STATE OF TEXAS         CAUSE NO. F *14-76506*

VS.        _____ DISTRICT COURT *283rd*

*Miguel E. Hernandez*     DALLAS COUNTY, TEXAS

# DEFENDANT'S NOTICE OF APPEAL AND PAUPER OATH APPOINTMENT OF ATTORNEY ON APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Defendant in the above cause and states: I am the defendant in the above cause; I was convicted in this cause and now give Notice of Appeal to the Texas Court of Appeals for the Fifth Supreme Judicial District of Texas of Dallas, Texas, and that I am penniless, destitute and indigent person, too poor to employ counsel to represent me on the appeal, and too poor to pay for or give security for the Statement of Facts and a true copy thereof herein. WHEREFORE, I pray that the Court will appoint an attorney to represent me in this appeal and that the Court will order the Court Reporter of this Court to prepare and deliver me or my appointed Counsel the original and a true copy of the Statement of Facts in this case, together with all exhibits attached thereto if practical.

_____
Defendant

BEFORE ME, the undersigned authority, personally appeared the above Defendant, known to me to be the person whose signature appears above, and after being duly sworn on oath states that he is the defendant in the above cause, and that the matters and things set forth in the foregoing are true and correct in all things.

Felicia Pitre
District Clerk
Dallas County, Texas

By _____
Deputy District Clerk

## ORDER

The Defendant having requested the Court to appoint Counsel, it is Ordered the Honorable

*P.D. Appellate* _____ Address: _____

a regular licensed and practicing attorney of Texas, be, and he/she is hereby appointed to represent Defendant in prosecuting his/her appeal herein, and it is further Ordered that the Court Reporter is hereby directed to transcribe al of the notes as same may appertain to his cause and as taken during the

trial of this cause which began on _____

and make Statement of Facts in duplicate and furnish same to defendant or his appointed Counsel.

Judgment / sentence date    8-13-15

Motion for new trial filed    No ☐  Yes ☒  Date    8-13-15

_____
Deputy District Clerk

THE STATE OF TEXAS    CAUSE NO. F 1476506

VS.    283rd DISTRICT COURT of

Miguel E. Hernandez    DALLAS COUNTY, TEXAS

# NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Defendant in the above cause, and would show the Court that he has been convicted and sentenced in the above cause, and that he here and now in open Court gives Notice of Appeal to the Texas Court of Appeals for the Fifth Supreme Judicial District of Texas at Dallas, Texas.

Respectfully submitted,

X _____
Defendant

I, the undersigned attorney, hereby represent to the Court that I represent the Defendant on this appeal.


_____
Attorney for Defendant

Cause No. _F 1476506_

THE STATE OF TEXAS § IN THE _283rd_
VS. § DISTRICT COURT of
_Miguel E. Hernandez_ § DALLAS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☒ is not a plea-bargain case, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, and the defendant has NO right of appeal, [or]

☐ the defendant has waived the right of appeal, [or]

☐ other (please specify): _____

_____          _8/18/15_
Judge                                     Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals' judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. Tex. R. App. P. 68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____          _____
Defendant (if not represented by counsel)   Defendant's Counsel  _R Scott Walker_
Mailing Address:                            State Bar No.:  _24004972_
                                            Mailing Address: _222 W. Exchange Ave,_
Telephone #:                                _Fort Worth, TX 76164_
Fax # (if any):                             Telephone #:  _817-478-9999_
                                            Fax # (if any):  _817-977-0163_

* A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case- --- that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant ---- a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2).